FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 SEP 19  AM 9: 44

CLERK _L. Flanden_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE

_Southern_ DISTRICT OF _Georgia_

_Augusta_ DIVISION

_Sequoyah Elam_ ,                )
                                 )
          Movant,                )
                                 )
          vs.                    )   Crim. No. _CR-1O9-OOO73-OO3_
                                 )
UNITED STATES OF AMERICA,        )
                                 )
          Respondent.            )
                                 )
                                 )

## REQUEST FOR APPOINTMENT OF COUNSEL

COMES now, _Sequoyah Elam_ , pro se, and unable to
afford counsel for review of my sentence under the Retroactive Guidelines
Amendment, respectfully and humbly requesting the Court appoint the movant
counsel to assist in the determination of eligibility and relief under the
United States Sentencing Commissions approved retroactivity of the Fair
Sentencing Act of 2010, Amendment 750 ( Retroactive Crack Sentencing
Guideline.)

Respectfully submitted,

Sig/ _Sequoyah Elam_
     _Sequoyah Elam_ , pro se.
     ( Printed Name )
USM# _1417O-O21_
FPC Talladega
PO Box 2000
Talladega, AL  35160

Sequoyah
14170-021
Federal Prison Camp
  PMB 2000
Talladega, AL 35160

⇔14170-021⇔
U S Clerk Of Court
PO BOX 1130
Augusta, GA 30903
United States