FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JAN -3  AM 9: 57

CLERK C Adams
SO. DIST. OF GA.

United States District Court
Southern District of Georgia
Augusta Division

Sequoyah Elam
    vs                          Case # CR109-00073-003
United States of America

    Come now before the court I Sequoyah Elam is requesting a sentence reduction for the Fair Sentencing Act 2010 that was made retroactive this year November 1, 2011. I was sentence to 108 months in Federal Prison for possession with intent to distribute 5 or more grams of cocaine base. 21 U.S.C 841(a)(1) I also was granted a 5.K.1 motion for my substanical assistance. I been incarcerated since April, 22, 2009 and I haven't had no disciplinary reports and I also receive my G.E.D since I been in prison, so can you please take all this into consideration when you review my case.
    Can you please take this letter as my motion for sentence reduction 18 U.S.C. 3582

                                        Thank You
                                        Sequoyah Elam # 14170-021
                                        12-29-11

Sequoyah Elam
NAME
14170-021
REG. NO.

FEDERAL PRISON CAMP
PMB 2000
TALLADEGA, AL 35160

2011 DEC 30 A 8:00

BIRMINGHAM AL
30 DEC 2011 PM 3


USA FOREVER

⇔14170-021⇔
U S  Clerk Of Court
PO BOX 1130
Augusta, GA 30903
United States

30903113030