United States District Court for the Southern District

Of Georgia Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 SEP 24  AM 9:43

CLERK_____
SO. DIST. OF GA.

United States of America

v/s

Sequoyah Elam

Case No: CR109-00073-003

USM No: 14170-021

### Motion For Sentence Reduction Pursuant to 18 U.S.C 3582(C) (2)

Upon motion of the defendant under 18 U.S.C 3582 (C) (2) for a reduction in the term of imprisonment imposed based on amendment that has subsequently been lowered and made retroactive by the U.S Sentence Commission and the court having considered such motion. Under the new amendment 782 the U.S Sentence Commission has subsequently lowered and made retroactive makes my new guideline range 87-108 months and a Criminal History Category 3. I pray the court consider my motion and reduce my sentence according to the new amendment that has been made retroactive by the U.S Sentence Commission.

Thank You

*Sequoyah Elam*
Sequoyah Elam

9-19-2014

Sequoyah Elam
14170-021
Federal Prison Camp
PMB 2000
Talladega AL 35160



AUGUSTA GA 309
23 SEP 2014 PM 1 L

United States District Court
Southern District of Georgia
Office of Clerk
P.O Box 1130
Augusta GA 30903